IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY CAMPBELL, | No. CIV S-05-2243-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| L. JOHNSON-DOVEY, | |
| Defendant. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) and plaintiff's complaint (Doc. 1).

Before this court can determine whether plaintiff is entitled to proceed in forma pauperis, it is necessary to consider the number of lawsuits that plaintiff has filed and their dispositions. See 28 U.S.C. § 1915(g). To make this determination, the court looks to plaintiff's application to proceed in forma pauperis and to its own records. See United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980) (holding that court may take judicial notice of its own records). Plaintiff states in his complaint, which is signed under penalty perjury, that he has filed one prior lawsuit while a prisoner. As to details about this prior lawsuit, plaintiff states "N/A."

The court's records, however, show that plaintiff has filed more than twenty-four lawsuits in the United States District Court for the Eastern District of California. It appears that plaintiff has failed to truthfully list the actual number of cases he has filed.

Federal Rule of Civil Procedure 11(a) requires that all pleadings and motions be signed by an attorney or, if a party is proceeding pro se, by that party. The rule further provides that, by signing a document, the attorney or party represents that the factual contentions are true. See Fed. R. Civ. P. 11(b)(3). Based on the apparent untruthfulness of the factual contention concerning prior lawsuits, plaintiff will be required to show cause why appropriate sanctions should not be imposed for violation of Rule 11. See Fed. R. Civ. P. 11(c)(1)(B). In addition, plaintiff shall: (1) list all prior lawsuits filed in any court while a prisoner; and (2) describe the result for each such listed lawsuit. Plaintiff is warned that failure to fully comply with this order may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing, within 20 days of the date of service of this order, why appropriate sanctions should not be imposed pursuant to Federal Rule of Civil Procedure 11 for plaintiff's failure to truthfully declare the number of prior lawsuits filed while a prisoner; and

1. Plaintiff's response to this order to show cause must list all prior lawsuits filed in any court while a prisoner and must also describe the result for each such lawsuit.

DATED: November 9, 2005.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE